```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13156
   SHALONDA C SLOAN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-8505


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/23/2007 and was not confirmed.

     The case was dismissed without confirmation 09/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED NOT I           .00            .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED             200.00            .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED             398.85            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED            1499.54            .00            .00
ASSET MANAGEMENT HOLDING  SECURED NOT I           .00            .00            .00
ASSET MANAGEMENT HOLDING  SECURED NOT I           .00            .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I           .00            .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I           .00            .00            .00
ER SOLUTIONS INC          UNSECURED            1026.04            .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I           .00            .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I           .00            .00            .00
SANTANDER CONSUMER USA    SECURED NOT I           .00            .00            .00
SANTANDER CONSUMER USA    SECURED NOT I           .00            .00            .00
*THAV & RYKE PLLC         DEBTOR ATTY            .00                            .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       --------------        --------------
TOTALS                       .00                      .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13156 SHALONDA C SLOAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/27/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |